ALAN R. BRAYTON, ESQ., S.B. #73685
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK REYNOLDS, | No. C09-01120 JSW |
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT |
| vs. | |
| ASBESTOS DEFENDANTS (BP), et al., | |
| Defendants. | |

Come now Plaintiff JACK REYNOLDS ("Plaintiff") and Defendant CROWN CORK AND SEAL COMPANY INC. ("CC&S"), who file the following stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, defendant CC&S removed this case to the United State District Court for the Northern District of California on March 13, 2009, on the ground that the court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiff' allegations that his injury was caused by products designed and manufactured by CC&S under the supervision and control of the United States government;

WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal;

WHEREAS, Plaintiff and Defendant CC&S, the affected parties, have now reached a resolution of Plaintiff' claims against CC&S;

1       WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot
2 and given the resolution of Plaintiff' claims against it; and
3       WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant CC&S seek to
4 have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties,
5 Plaintiff and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby
6 are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and
7 that this action shall be, and hereby is, immediately remanded to the San Francisco County
8 Superior Court, the court in which it was originally filed and from which it was removed.

9 Dated: March 18, 2009       BRAYTON ❖ PURCELL LLP

11 By: _____
    Richard M. Grant
12     Attorneys for Plaintiffs

14 Dated: March 18, 2009       ARMSTRONG & ASSOCIATES, LLP

16 By: _____
17     Attorneys for Defendant CROWN CORK &
18     SEAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the Superior Court of California, County of San Francisco, Case No 274747. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: March 20, 2009   By: _____
    UNITED STATES DISTRICT COURT

K:\Injured\109822\Fed-STIP-DISMISS CC&S.wpd     2
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; C09-01120

<u>PROOF OF SERVICE</u>

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On March 19, 2009, I served the attached:

**STIPULATION TO DISMISS DEFENDANT CROWN CORK AND SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHE SERVICE LIST**

    XXX    BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **March 19, 2009** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Jane A. Ehni*
JANE A. EHNI

<u>Jack Reynolds v. Asbestos Defs.</u>
U.S.D.C. No. C09-1120 JSW

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

G:\POS\MULTIP.WPD     1

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
 Crown Cork & Seal Company, Inc. (CC&S)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
**Defendants:**
 J.T. Thorpe & Son, Inc. (THORPE)
 Kaiser Gypsum Company, Inc. (KAISGY)
 Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
 Berry & Berry (B&B)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
 Ingersoll-Rand Company (INGRSL)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300   415-982-6700 (fax)
**Defendants:**
 General Dynamics Corporation (GENDYN)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
**Defendants:**
 Allis-Chalmers Corporation Product Liability Trust (ALLIS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
 Garlock Sealing Technologies, LLC (GARLCK)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
**Defendants:**
 Kaiser Gypsum Company, Inc. (KAISGY)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
 Viacom, Inc. (VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
 Owens-Illinois, Inc. (OI)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
 Hamilton Materials, Inc. (HAM-M)
 Quintec Industries, Inc. (QUINTC)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990   415-434-1370 (fax)
**Defendants:**
 Asbestos Corporation Limited (ASBLTD)