1  Gregory L. Spallas -129306
   Jessica Stuart Pliner - 261976
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, 10th Floor,
3  San Francisco, CA 94108
   Telephone: (415) 278-9400
4  Facsimile:  (415) 278-9411

5

   Attorneys for Defendant
6  FORENTA L.P.

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 ┌─────────────────────────────────┐
   │                                 )
11 │ JACK REYNOLDS,                  )   Case Number C09-1120-BZ
   │          Plaintiff,             )
12 │                                 )   **STIPULATION AND ORDER OF**
   │ vs.                             )   **DISMISSAL**
13 │                                 )
   │ ASBESTOS DEFENDANTS (B&P),      )
14 │ As Reflected on Exhibits B, B-1, C, H, I; and )
   │ DOES 1-8500; et al              )
15 │                                 )
   │          Defendants.            )
16 │                                 )
   │                                 )
17 └─────────────────────────────────┘

18     IT IS HEREBY STIPULATED by and between JACK REYNOLDS, by and through his counsel of

19 record, and FORENTA L.P., by and through its counsel of record, that the above-captioned matter be

20 dismissed without prejudice with each party to bear its own costs and attorney's fees.

21
   DATED:  March 19, 2009                    Respectfully submitted,
22

23                                           /S/ *ALAN BRAYTON*
                                             ALAN BRAYTON
24                                           Attorney for Plaintiff JACK REYNOLDS

25 DATED:  March 20, 2009                    Respectfully submitted,

26

27                                           */S/ JESSICA STUART PLINER*
                                             GREGORY L. SPALLAS
28                                           JESSICA STUART PLINER
                                             Attorney for Defendant FORENTA L.P.

---

**STIPULATION AND ORDER OF DISMISSAL**
CASE NUMBER C0901120BZ - PAGE 1

|  |  |
|---|---|
| 1 | **ORDER** |
| 2 | ~~IT IS HEREBY ORDERED that this action is dismissed without prejudice with each party to bear~~ |
| 3 | ~~its own costs and attorney's fees.~~ Based upon a previous stipulation, the Court remanded this action to state court. The parties may |
| 4 | refile this stipulation in that court. |
| 5 | Dated: March 23, 2009 |
| 6 | *Jeffrey S. White* |
|   | JEFFREY S. WHITE |
|   | THE ~~HONORABLE BERNARD ZIMMERMAN~~ |
|   | UNITED STATES DISTRICT COURT JUDGE |

**STIPULATION AND ORDER OF DISMISSAL**
CASE NUMBER C0901120BZ - PAGE 2